**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| RYAN PFLIPSEN, § | |
|    PLAINTIFF § | |
| VS. § | CIVIL ACTION |
| § | |
| C. RIOS ENTERPRISES, INC., D/B/A § | FILE NO. 5:20-CV-973-JKP-ESC |
| 7500 ECKERT CENTER, § | |
|    DEFENDANT. § | |
| § | |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff RYAN PHLIPSEN ("Plaintiff") and Defendant, C. RIOS ENTERPRISES, INC., D/B/A 7500 ECKERT CENTER ("Defendant"), collective, the "Parties", respectfully provide this joint notice to the Court that the Parties have reached an agreement settling all claims and counterclaims asserted between them in this lawsuit.

The Parties therefore respectfully request that the Court stay this case for thirty (30) days to allow the Parties sufficient time to finalize the settlement documents and prepare and file dismissal papers with the Court.

                                      Respectfully submitted,
                                      **KURZ LAW GROUP, LLC**
                                      4355 Cobb Parkway, Suite J-285
                                      Atlanta, GA 30339
                                      dennis@kurzlawgroup.com
                                      (404) 805-2494 Telephone
                                      (770) 428-5356 Facsimile

                                    By:  */s/ Dennis R. Kurz*
                                             Dennis R. Kurz
                                             Texas State Bar No. 24068183
                                             dennis@kurzlawgoup.com
                                             **ATTORNEYS FOR PLAINTIFF**

**BENJAMIN J. YOUNGBLOOD, III, PLLC**
8207 Callaghan Road, Suite 100
San Antonio, Texas 78230
bfy@prodigy.net
(210) 308-9829 Telephone
(210) 308-9854 Facsimile

By: */s/ Benjamin F. Youngblood, III, PLLC*
    Benjamin F. Youngblood, III, PLLC
    Texas State Bar No. 22213700
    bfy@prodigy.net
    **ATTORNEYS FOR DEFENDANT**

## C<small>ERTIFICATE OF</small> S<small>ERVICE</small>

I hereby certify that on the 2nd day of December, 2020, a true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system.

Benjamin F. Youngblood, III
B<small>ENJAMIN</small> F. Y<small>OUNGBLOOD</small>, III, PLLC
8207 Callaghan Road, Suite 100
San Antonio, Texas 78230
*Attorney for Defendant*

/s/ Dennis R. Kurz
Dennis R. Kurz