UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**RYAN PHLIPSEN,**[1]

    *Plaintiff*,

v.                                                                       No. 5:20-CV-973-JKP-ESC

**C. Rios Enterprises, Inc.**
*d/b/a 7500 Eckert Center*,

    *Defendant*.

## ORDER APPROVING CONSENT DECREE
## AND DISMISSAL OF DEFENDANT WITH PREJUDICE

The Court has under consideration a *Joint Stipulation to Approve Consent Decree and to Dismiss Defendants with Prejudice* (ECF No. 13). Having carefully considered the Joint Stipulation and Consent Decree attached thereto as Exhibit 1, the Court **GRANTS** the joint motion/stipulation, **APPROVES** the Consent Decree, and **DISMISSES** this action with prejudice as requested. Absent further order, the Court will retain jurisdiction to enforce the Consent Decree. Each party to bear their own attorney's fees and costs except as detailed in the Consent Decree. The referral to the Magistrate Judge is **WITHDRAWN**. The Court **directs the Clerk of Court close this case.**

    **It is so ORDERED this 11th day of February 2021.**

*[Signature: Jason Pulliam]*
**JASON PULLIAM**
**UNITED STATES DISTRICT JUDGE**

---

[1] The Court notes that the docket identifies Plaintiff as "Pflipsen." Here, the Court has used the spelling as signed on the Consent Decree.